UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | | |
|---|---|---|
| ALEXANDER HORACE COLE, II, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | NO. CV-10-3107-CI |
| v. | ) | |
| | ) | |
| MICHAEL J. ASTRUE, | ) | **JUDGMENT IN A** |
| Commissioner of Social Security, | ) | **CIVIL CASE** |
| | ) | |
| Defendant. | ) | |
| | ) | |

**DECISION BY THE COURT:**

This action came to hearing before the Court.  The issues have been heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that:

Plaintiff's Motion for Summary Judgment is **GRANTED IN PART.**   The matter is **REMANDED** for additional proceedings.   Defendant's Motion for Summary Judgment dismissal is **DENIED**, and Judgment is entered for Plaintiff.

DATED: August 1, 2012

JAMES R. LARSEN
District Court Executive/Clerk

s/ L. Stejskal
Deputy Clerk